Louis M. Arnapol, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,664.
Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George O. Curran, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion

filed May 5, 1926. Rehearing denied May 18, 1926. Blake & Hanrahan, for appellant; Harris J. Blake, Jr., and James R. Hanrahan, of counsel. Webster, Holmes & Holmgren, for appellee; Charles D. Callahan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.